JAURIGUE LAW GROUP
MICHAEL J. JAURIGUE, Cal. Bar No. 208123
MASATAKA SCANLAN, Cal. Bar No. 254718
114 North Brand Blvd., Suite 200
Glendale, California  91203
Telephone:    (818) 630-7280
Facsimile:    (888) 879-1697
michael@jauriguelaw.com
mashi@jauriguelaw.com

Attorneys for Mohammed Saqib Iqbal
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**FEB 14 2013**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY remy        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

IN RE:

MOHAMMED SAQIB IQBAL

   Debtor and Debtor-in-Possession.

Case No.: 1:13-bk-10001-AA

Chapter 11

**ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM IN AN INDIVIDUAL CHAPTER 11 CASE**

Order Setting Bar Date for Filing Proofs of Claim in an Individual Chapter 11 Case

1

2                                          **ORDER**

3          This Court, having considered the *Notice of Motion and Motion in Individual*

4  *Chapter 11 Case for Order Setting Bar Date for Filing Proofs of Claim* (the

5  "Motion"), filed by the Debtor and Debtor-in-Possession MOHAMMED SAQIB

6  IQBAL (the "Debtor") on January 24, 2013, and no response having been filed

7  thereto, hereby **ORDERS AS FOLLOWS**:

8          1.  The Motion is granted pursuant to LBR 3001-1.

9          2.  The Court sets April 29, 2013, as the deadline for creditors of, and holders

10             of ownership interests in, the Debtor to file proofs of claim.

11         3.  On or before February 25, 2013, the Debtor, or counsel for the Debtor, is

12             to give all creditors and other parties entitled to written notice of the

13             deadline, including the language required by LBR 3001-1.  Debtor may

14             use LBR form F 2018-1.6 NOTICE.BARDATE attached as **Exhibit A**

15             hereto.

                                          # # #

16

17

18

19

20

21

22

23
    Date: February 14, 2013                    Alan M. Ahart
24                                              United States Bankruptcy Judge

25

26

27

28
           Order Setting Bar Date for Filing Proofs of Claim in an Individual Chapter 11 Case
                                              [1]

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JAURIGUE LAW GROUP<br>MICHAEL J. JAURIGUE, Cal. Bar No. 208123<br>MASATAKA SCANLAN, Cal. Bar No. 254718<br>114 North Brand Blvd., Suite 200<br>Glendale, California 91203<br>Telephone:   (818) 630-7280<br>Facsimile:   (888) 879-1697<br>michael@jauriguelaw.com<br>mashi@jauriguelaw.com<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* MOHAMMED SAQIB IQBAL | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br><br>MOHAMMED SAQIB IQBAL | CASE NO.: 1:13-bk-10001-AA<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF BAR DATE FOR FILING PROOF OF CLAIM IN AN INDIVIDUAL CHAPTER 11 CASE [LBR 3001-1]** |
| Debtor(s). | No Hearing Required |

The court has set a deadline of _____ April 29 _____, 20 13 __ (Bar Date), for creditors in the above-referenced matter to file proofs of claim against the Debtor's estate.  ON OR BEFORE THE BAR DATE, PROOFS OF CLAIMS MUST BE FILED WITH THE COURT CLERK AT:

☐ 255 East Temple Street, Los Angeles, CA 90012          ☐ 411 West Fourth Street, Santa Ana, CA 92701
☑ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
☐ 3420 Twelfth Street, Riverside, CA 92501

     You may obtain a Proof of Claim form on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the court.  Some of the exceptions to this deadline for filing Proofs of Claim include:
(1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of government units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

     For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a Proof of Claim is (a) 30 days after the date of entry of the order authorizing the rejection, or (b) the Bar Date, whichever is later.

     For claims of "government units," as that term is defined in 11 U.S.C. § 101(27), Proofs of Claims are timely filed if filed: (a) before 180 days after the date of the Order for Relief in this case, or (b) the Bar Date, whichever is later. 11 U.S.C.§ 502(b)(9).

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a Proof of Claim is (a) 30 days after the entry of judgment avoiding the transfer, or (b) the Bar Date, whichever is later.

If you are listed on the Debtor's Schedules of Assets and Liabilities and your claim is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules. The filing of a Proof of Claim is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, etc.) is correct.  11 U.S.C. § 1111(a).

If your claim is not listed on the schedules <u>or</u> is scheduled as disputed, contingent, unliquidated or unknown, <u>or</u> you disagree with the amount or description scheduled for your claim, you must file a Proof of Claim.


**FAILURE OF A CREDITOR OR INTEREST HOLDER TO FILE TIMELY A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING.  11 U.S.C. § 502(b)(9).  CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**


Date:  _02/12/2013_____

By:  _/s/ Michael J. Jaurigue_____
        Signature of Debtor, or attorney for Debtor


Name:  Michael J. Jaurigue_____
          Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                   Page 2                          **F 2081-1.6.NOTICE.BARDATE**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM IN AN INDIVIDUAL CHAPTER 11 CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*)_____, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

United States Trustee - ustpregion16.wh.ecf@usdoj.gov
Mark Domeyer for Courtesy NEF- mdomeyer@mileslegal.com
Casey J OConnell for Courtesy NEF- ecfcacb@piteduncan.com
Cassandra J Richey for Courtesy NEF- cmartin@pprlaw.net
S Margaux Ross Representing United States Trustee- margaux.ross@usdoj.gov
Edward T Weber  for Courtesy NEF- bknotice@rcolegal.com

☐ Service information continued on attached page

**2.   SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

Bank of America, NA
Attn: Officer
100 North Tryon St
Charlotte, NC 28202
(FDIC)

☒ Service information continued on attached page

**3.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION:**

Order Setting Bar Date for Filing Proofs of Claim in an Individual Chapter 11 Case
[2]

1

Citi Com Lending Grp/A
Pro Consulting Services Inc.
2
PO BOX 66768
3   Houston, TX 77266

4   Discover Bank
Attn: Officer
5   502 E. Market Street
Greenwood, DE 19950
6   (FDIC)

7

8   **Discover Bank**
**DB Servicing Corporation**
9   **POB 3025**
**New Albany Ohio 43054**

10

11   Elizabeth Castillo
9265 Cayuga Ave.
12   Sun Valley, CA 91352

13
**FIA CARD SERVICES, N.A.**
14   **4161 Piedmont Parkway**
**NC4 105 03 14**
15   **Greensboro, NC 27410**

16   HSBC Bank USA, NA
Attn: Officer
17   1800 Tysons Blvd
18   Mc Lean, VA 22102
(FDIC)
19

20   **HSBC Bank USA, N.A.**
**PO Box 21188**
21   **Eagan, MN 55121**

22   Mortgage Service Cente
2001 Bishops Gate Blvd
23   Mount Laurel, NJ 08054

24
Robert Lopez
25   1344 Western Ave.
Glendale, CA 91201

26

27

28   Seterus Inc.

Order Setting Bar Date for Filing Proofs of Claim in an Individual Chapter 11 Case

[3]

1  C T CORPORATION SYSTEM
   818 W SEVENTH ST
2  LOS ANGELES CA 90017
   (Secretary of State-California)
3
   **The Bank of New York Mellon, as Trustee...**
4  **Miles, Bauer, Bergstrom & Winters, LLP**
   **1231 East Dyer Road Suite 100**
5  **Santa Ana, CA 92705**
6
   Wells Fargo Bank, NA
7  Attn: Officer
   101 N. Phillips Avenue
8  Sioux Falls, SD 57104
   (FDIC)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Setting Bar Date for Filing Proofs of Claim in an Individual Chapter 11 Case
[4]