JAURIGUE LAW GROUP
MICHAEL J. JAURIGUE, Cal. Bar No. 208123
MASATAKA SCANLAN, Cal. Bar No. 254718
114 North Brand Blvd., Suite 200
Glendale, California 91203
Telephone: (818) 630-7280
Facsimile: (888) 879-1697
michael@jauriguelaw.com
mashi@jauriguelaw.com

Attorneys for Mohammed Saqib Iqbal,
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>MOHAMMED SAQIB IQBAL<br><br>        Debtor and Debtor-in-Possession. | Case No.: **1:13-bk-10001 AA**<br><br>Chapter 11<br><br>**DEBTOR'S MOTION TO VALUE REAL PROPERTY LOCATED AT 38744 POND AVENUE, PALMDALE, CA 93550, AND BIFURCATE THE FIRST MORTGAGE HELD BY SETERUS, INC.; POINTS AND AUTHORITIES; DECLARATIONS OF MOHAMMED SAQIB IQBAL AND JENNIFER BOSCO IN SUPPORT THEREOF**<br><br>Hearing Date:<br><br>Date:    April 3, 2013<br>Time:    10:00 a.m.<br>Crtrm:   303<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA 91367 |

**MOTION TO VALUE REAL PROPERTYAND BIFURCATE THE FIRST**

**MORTGAGE HELD BY SETERUS PURSUANT TO 11 U.S.C. §§ 506(a) AND**

**1123(b)(5)**

Debtor and Debtor-in-Possession Mohammed Saqib Iqbal (the "Debtor"),

hereby moves this Court for an Order: (1) establishing the value of the real property

located at 38744 Pond Avenue, Palmdale, California 93550 (the "Subject Property")

securing the mortgage held by Seterus, Inc. ("SETERUS"); and (2) bifurcating the

first mortgage lien held by SETERUS on the Subject Property in the Debtor's

Chapter 11 Plan.

This motion is made pursuant to 11 U.S.C. §§ 506(a) and 1123(b)(5) of the

United States Bankruptcy Code and is based on the attached Memorandum of Points

and Authorities, Declarations of Mohammed Saqib Iqbal ("Iqbal Decl.") and

Jennifer Bosco ("Bosco Decl."), and the appraisal attached to the Bosco Decl. as

Exhibit A.

DATED:        March 7, 2013                    JAURIGUE LAW GROUP

                                                    _/s/ Michael J. Jaurigue_
                                                   Michael J. Jaurigue
                                                   *Attorney for Debtor*
                                                   *Mohammed Saqib Iqbal*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.      FACTS

Debtor and Debtor-in-Possession Mohammed Saqib Iqbal (the "Debtor") filed this Chapter 11 bankruptcy on January 1, 2013 (the "Petition Date") and was assigned case number 1:13-bk-10001 AA.  The subject property located at 38744 Pond Avenue, Palmdale, California 93550 (the "Subject Property") has an approximate value of $75,000.00.  (Declaration of Mohammed Saqib Iqbal ("Iqbal Decl.") ¶ 5, Declaration of Jennifer Bosco ("Bosco Decl.") ¶ 6, Exhibit A.)  The Subject Property is subject to a mortgage lien.  (Iqbal Dec. ¶ 6, Exhibit A.)  The mortgage lien is currently held by SETERUS in the approximate amount of $89,045.67.

## II.     VALUATION OF THE SUBJECT PROPERTY IN THIS CASE IS MANDATED BY THE PLAIN LANGUAGE OF THE BANKRUPTCY CODE AND RELEVANT PRECEDENT

Federal Rule of Bankruptcy Procedure 3012 provides that "[t]he court may determine the value of a claim secured by a lien on property in which the estate has an interest on motion of any party in interest and after a hearing on notice to the holder of the secured claim and any other entity as the court may direct." Thus, the Court is empowered to determine the value and secured status of the mortgage claim on the Subject Property.

The Ninth Circuit has confirmed that, pursuant to Section 506(a) of the Code, a partially unsecured lien may be bifurcated and reclassified as a secured claim up to the amount of the actual equity securing the claim and a general unsecured claim for any amount above the amount of equity securing it. In In re Zimmer, the court explained:

1    Section 506(a) divides creditor's claims into 'secured claims' and

2    'unsecured claims.' Although the conventional interpretation of

3    'secured' might include any claim in which the creditor has a security

4    interest in the debtor's property, § 506(a) makes clear that the status

5    of a claim depends on the valuation of the property... to put it more

6    simply, a claim such as a mortgage is not a 'secured claim' to the

7    extent that it exceeds the value of the property that secures it. Under

8    the Bankruptcy Code, 'secured claim' is thus a term of art; not every

9    claim that is secured by a lien on property will be considered a

10   'secured claim.'

11   In re Zimmer, 313 F.3d 1220, 1222–23 (9th Cir. 2002).

12   11 U.S.C. § 1123(b)(5) provides that a Chapter 11 plan may "modify the

13   rights of holders of secured claims, other than a claim secured only by a security

14   interest in real property that is the debtor's principal residence, or of holders of

15   unsecured claims, or leave unaffected the rights of holders of any class of claims."

16   Furthermore, 11 U.S.C. § 506(a)(1) addresses partially or undersecured liens

17   by providing that:

18   An allowed claim of a creditor secured by a lien on property in which

19   the estate has an interest . . . is a secured claim to the extent of the

20   value of such creditor's interest, in the estate's interest of such

21   property . . . and is an unsecured claim to the extent that the value of

22   such creditor's interest . . . is less than the amount of such allowed

23   claim.

24   11 U.S.C. § 506(a)(1).  This provision gives debtors permission to make a particular

25   type of modification of secured claims—namely, debtors may limit the amount of a

26   secured claim to the value of the collateral.  To the extent the collateral does not

27   support the amount of the claim, the claimant is unsecured.  See In re Winthrop Old

28

1  Farm Nurseries, 50 F.3d 72, 76 (1st Cir. 1995); In re Hammond, 27 F.3d 52, 56 (3rd

2  Cir. 1994).  To the extent a lien secures a claim against debtor "that is not an

3  allowed secured claim, such lien is void." 11 U.S.C. Section 506(d). Section 506(d)

4  thus allows a debtor to void a secured creditor's lien to the extent the claim is

5  unsecured and reduce the creditor's lien to the present value of the collateral in a

6  confirmed Chapter 11 Plan.

7        The Debtor believes the value of the Subject Property is approximately

8  $75,000.00. (Iqbal Decl. ¶ 5.)  An owner's opinion of value is admissible in

9  determining the value of real estate or personal property. See e.g., Kesenbaum v.

10 Fallstaff Brewing Corp., 514 F.2d 690, 699 (5th Cir. 1975), Justice v. Pennzoil Co.,

11 598 F.2d 1339, 1344 (4th Cir. 1979). Debtor's opinion of value is independently

12 corroborated by a Summary Appraisal Report prepared by Jennifer Bosco, a

13 California-licensed real estate appraiser with license number AR037417.  (Bosco

14 Decl. ¶ 2, Exhibit A.)  This Summary Appraisal Report is attached to the Bosco

15 Declaration as Exhibit A.

16       The value of the Subject Property at $75,000.00 is less than the approximate

17 balance of the $89,045.67 mortgage held by SETERUS.  (Iqbal Decl. ¶ 7, Exhibit

18 A.)  As there is insufficient equity in the Subject Property to protect the entirety of

19 SETERUS's claim premised on the first mortgage on that property, the Court should

20 consider it undersecured and allow the Debtor to bifurcate it into (1) a secured claim

21 for $75,000.00 and (2) an unsecured claim for approximately $14,045.67 in Debtor's

22 Chapter 11 Plan.  11 U.S.C. § 506(a); Associates Comm'l Corp. v. Rash, 520 U.S.

23 953, 961 (1997).  Furthermore, because it is partially unsecured, SETERUS's lien

24 should be stripped down to $75,000.00, the present value of the Subject Property,

25 upon completion of Debtor's Chapter 11 Plan.  11 U.S.C. § 506(d); In re Weinstein,

26 227 BR 284, 292 (9th Cir. BAP 1998).

27

28

### III.   CONCLUSION

For all the foregoing reasons, the Debtor respectfully requests that this Court:

1.      Determine the value of the real property located at 38744 Pond Avenue, Palmdale, California 93550 to be $75,000.00 through its authority under Federal Rule of Bankruptcy Procedure 3012;

2.      Allow the Debtor to bifurcate the first mortgage currently held by SETERUS with an loan account number ending in 8699, into a secured claim of $75,000.00 and a general unsecured claim of $14,045.67 in his Chapter 11 Plan;

3.      Strip the first mortgage lien on the Subject Property down to $75,000.00, the Subject Property's present fair market value, upon the successful completion of the Debtor's Chapter 11 Plan and discharge; and

4.      Provide for any further relief as the Court may deem appropriate.

DATED:      March 7, 2013                    JAURIGUE LAW GROUP

                                                      _/s/ Michael J. Jaurigue_____
                                                      Michael J. Jaurigue
                                                      *Attorney for Debtor*
                                                      *Mohammed Saqib Iqbal*

# Declaration of

# Mohammed Saqib Iqbal

## DECLARATION OF MOHAMMED SAQIB IQBAL

I, Mohammed Saqib Iqbal, declare under penalty of perjury under the laws of the State of California and United States that the following is true and correct:

1. I am the debtor in the above captioned Chapter 11 case filed on January 1, 2013, Case Number 1:13-bk-10001 AA.

2. I have personal knowledge of the facts set forth herein. If called upon to testify to the statements in this Declaration, I could and would competently do so under oath.

3. I am a resident of the State of California. I am over 18 years old and am competent to make this Declaration.

4. I own the real property located at 38744 Pond Avenue, Palmdale, California 93550 (the "Subject Property").

5. The present value of the Subject Property is $75,000.00. I base this estimate on my knowledge as a home owner.

6. I owe the first trust deed holder, Seterus, Inc. ("Seterus") approximately $89,045.67. Attached hereto as **Exhibit A** is a true and correct copy of a mortgage statement from June 18, 2012, relating to the first mortgage on the Subject Property.

7. I owe the first mortgage holder, Seterus, more than the present value of the Subject Property. For this reason, I ask the Court to grant this motion and find that the first trust deed holder, Seterus, is partially unsecured for the approximate amount of $14,045.67.

Executed on March 05, 2013, at Glendale, California.

_____
Mohammed Saqib Iqbal

DECLARATION OF MOHAMMED SAQIB IQBAL

# EXHIBIT A

# seterus™

Page 1 of 1

**Account Statement**

## Customer Service Information

| | | |
|---|---|---|
| ✉ | Write To: | **Seterus, Inc.**<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 |
| ⏱ | Business Hours: | Mon-Thu 5am to 9pm; Fri 5am to 6pm<br>Sat 5am to 9am; Sun 5am to 9pm PT |
| ☎ | For Information: | Call: 866.570.5277<br>Fax: 866.578.5277 |
| 💻 | Or Visit<br>Us Online: | www.seterus.com |
| ✉ | E-mail Us: | ExternalCommunications@seterus.com<br>*Response typically sent by U.S. Mail* |

0-769-03823-0047453-010-1-100-010-000-000

IQBAL, MOHAMMED S
C/O MICHAEL J JAURIGUE
411 N CENTRAL AVE STE 310
GLENDALE CA 91203-2085

**Borrower Information**

Phone – Home:
Phone – Work:          323-780-1229

Property Address:      38744 POND AVE
                       PALMDALE, CA 93550-4249

---

## Account Information

**Loan Number: 12159869**

| | |
|---|---|
| Statement Date: | 06/18/12 |
| Interest Rate: | 6.875% |

Payment Breakdown:
| | | |
|---|---|---|
| Principal & Interest: | $ | 588.61 |
| Escrow: | $ | 0.00 |
| Other: | $ | 0.00 |
| Total: | $ | 588.61 |

| Year To Date Interest Paid | Year To Date Late Charges Paid | Year To Date Taxes Paid | Year To Date Principal Paid |
|---|---|---|---|
| 984.19 | 0.00 | 0.00 | 193.03 |
| *Current Principal Balance¹* | *Current Escrow Balance* | *Current Interest Arrearage Balance* | *Current Escrow Arrearage Balance* |
| 85,748.32 | 0.00 | 0.00 | 0.00 |
| ¹ This is not a payoff figure. It does not include interest, fees, and costs. | | *Prepayment Fee²* | *Next Rate Change Date³* |
| | | ² Seterus does not currently charge a prepayment fee. | ³ Only applies if your rate can change during the life of the loan. |

## Activity Since Your Last Statement

| Date | Description | Principal | Interest | Escrow | Late Charge/ Other Fees | Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## Important Messages

NOTICE - CHECK PAYMENTS PROCESSED AS ELECTRONIC FUND TRANSFERS
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

769-2046-0511F

*Please return this coupon with your payment and include your loan number on your payment.*

# Declaration of Jennifer Bosco

## Supplemental Addendum

File No. JB011413

| Client | Iqbal | | | | |
|---|---|---|---|---|---|
| Property Address | 38744 Pond Ave | | | | |
| City | Palmdale | County Los Angeles | | State  CA | Zip Code  93550 |
| Owner | SSS Estates LLC | | | | |

### Declaration of Jennifer Bosco

I, Jennifer Bosco, hereby declare and state as follows:

1. I am over 18 years of age and a Certified Residential Appraiser with SunWest Appraisals, Inc.
Except when based on information and belief, I make this declaration based on facts within my personal knowledge and if
called as a witness, could and would testify thereto.

2. I am a duly qualified appraiser.  My California Office of Real Estate Appraisers license number is AR037417.
Among other things, I am on the FHA Roster of approved residential appraisers,  I am qualified  and approved to do appraisals
for FHA insured loans.

3. I completed an appraisal of the home owned by SSS Estates LLC located at 38744 Pond Ave, Palmdale, CA
93550.  A true and correct copy of the appraisal is attached hereto as Exhibit "A".

4. I have no present of contemplated interest in the real estate that  is the subject of this appraisal report and the
fee I received is in no manner contingent upon the value reported.

5. I have no personal interest or bias with respect to the subject matter of the appraisal report, not do I have
personal interest or bias with respect to the parties involved in the Motion for Order Valuating Property and Stripping Lien Under
11U.S.C.   506 & 1322(b)(2) and Bankruptcy Rule 3012, Among others, to which my declarations attached.

6. As set forth in the appraisal and incorporated by reference as if set forth in full herein, based on the degree of
inspection of the subject property, as indicated therein, defined Scope of Work, Statement of Assumptions and Limiting
Conditions, and Appraiser's Certifications, my Opinion of the Market Value, as defined therein, of the real property that is the
subject of the appraisal is $75,000  as of January 14th 2013.

EXECUTED this 14th  day of  January  2013, at Los Angeles County, California.

I declare under penalty of perjury  under the laws of the State of California that the foregoing is true and correct.


Jennifer Bosco

**Resume**

# Jennifer Bosco

1449 N Fairview Street. ◆ Burbank, CA 91505 ◆ (818) 613-1767 ◆ jenbosco@hotmail.com

## Professional Licenses

- ◆ Certified Residential Appraiser (AR 037417)
- ◆ California Real Estate Salesperson (01281552)
- ◆ FHA Approved

## Experience

CERTIFIED RESIDENTIAL APPRAISER                               (NOV 2004-PRESENT)

- ◆ Perform market valuations of single family residential and 2-4 residential properties.
- ◆ Supervise and manage a staff of 9 appraiser, training and review.
- ◆ Identify market values for complex, proposed and retrospective appraisals.
- ◆ Review valueations completed by other appraiser to confirm accuracy of analysis as risk prevention for wholesale and private lenders.

REALTOR                               (MAY 2000-2006)

- ◆ Assist buyers and sellers in the transfer of real property transactions.
  Duties included: detailed area analysis for available and suitable properties, market surveys to dermine market value, negotiate purchase agreements, coordinate transactions including: escorw, title and loan.

PROPERTY MANAGER                               (JAN 1998-2001)

- ◆ Oversaw leasing, marketing, rehabilitation as well as fiscal accounts of a residential income property.
- ◆ Increased marke rents by 34% thru salesman ship and cost reffective rehabilitation.
- ◆ Trained new manager.

## Approved Lender List

- ◆ Chase Bank NA
- ◆ Bank of America
- ◆ Augusta Financial.
- ◆ Pacific Bank
- ◆ Bank of Santa Clarita
- ◆ Flagstar
- ◆ Sunwest Bank

## Education and Certifications

- ◆ UNIVERSITY OF SOUTHERN CALIFORNIA – LOS ANGELES, CA
  **Bachelor of Arts-Political Science 1998**

Form SCNLTR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



Business, Transportation & Housing Agency

# OFFICE OF REAL ESTATE APPRAISERS

## REAL ESTATE APPRAISER LICENSE

**JENNIFER L. BOSCO**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified Residential Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OREA APPRAISER IDENTIFICATION NUMBER | AR037417 |

Date Issued:   June 8, 2011
Date Expires:  June 7, 2013

Director, OREA

Audit No. 133829

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "SAFE" AND "VERIFY FIRST"

# EXHIBIT A

# RESIDENTIAL APPRAISAL SUMMARY REPORT

SonWest Appraisals Inc (818) 313-7271

File No.: JB011413

## SUBJECT

Property Address: 38744 Pond Ave     City: Palmdale     State: CA     Zip Code: 93550

County: Los Angeles     Legal Description: TRACT # 19965 LOT 96

Assessor's Parcel #:   3021-007-038

Tax Year: 2012     R.E. Taxes: $ 1,568.25     Special Assessments: $ None     Borrower (if applicable):     None (Iqbal-Owner)

Current Owner of Record:   SSS Estates LLC     Occupant: ☐ Owner  ☐ Tenant  ☐ Vacant     ☒ Manufactured Housing

Project Type: ☐ PUD  ☐ Condominium  ☐ Cooperative  ☒ Other (describe) Single Family Residence     HOA: $ None  ☐ per year  ☐ per month

Market Area Name:   Palmdale     Map Reference:  4196 G7     Census Tract:  9106.01

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see explanation): ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach  ☐ Cost Approach  ☐ Income Approach  (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)

Intended Use:   The appraisal report is to be used in estate planning.

Intended User(s) (by name or type):   Iqbal

Client:   Iqbal     Address:   On File

Appraiser:   Jennifer L. Bosco     Address:   On File

## MARKET AREA DESCRIPTION

| | | | | | | |
|---|---|---|---|---|---|---|
| Location: | ☐ Urban ☒ Suburban ☐ Rural | | Predominant Occupancy | One-Unit Housing | Present Land Use | Change in Land Use |
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | PRICE AGE | One-Unit 96 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | | ☒ Owner 80 | $(000) (yrs) | 2-4 Unit 1 % | ☐ Likely *  ☐ In Process * |
| Property values: | ☒ Increasing ☐ Stable ☐ Declining | | ☒ Tenant 15 | 45 Low 5 | Multi-Unit 2 % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | | ☒ Vacant (0-5%) | 385 High 64 | Comm'l 1 % | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | | ☐ Vacant (>5%) | 100 Pred 26 | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):     Market conditions are considered declining with an average to low supply and demand for residential properties.   Marketing times area typically less than 180 days. Conventional financing is prevalent and readily available at nominal rates.  Seller may pay a portion of a buyer's non-recurring closing costs. The subject area is comprised of single family dwellings built predominately from 1930-1970.  Dwellings vary in age, style, condition and site size.  Commercial and multi-residential properties are situated along major thoroughfares.  There is good access to support services, schools and employment.

## SITE DESCRIPTION

Dimensions:   120 x 60.40     Site Area:   7,248 Sq.Ft.

Zoning Classification:   LCRA7000*     Description:   Single Family Residential

Zoning Compliance: ☒ Legal  ☐ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning

Are CC&Rs applicable? ☐ Yes  ☒ No  ☐ Unknown     Have the documents been reviewed? ☐ Yes  ☒ No     Ground Rent (if applicable) $              /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

The subject is considered to be a legal conforming use and the subject's current use as a single family dwelling is it'shighest and best use.

Actual Use as of Effective Date:   Single Family Residential     Use as appraised in this report:   Single Family Residence

Summary of Highest & Best Use:     Highest and best use considered to be single family residential.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level/Avg |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | | ☒ | ☐ | Size | Average |
| Gas | ☒ | ☐ | | Curb/Gutter | | ☒ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | | Sidewalk | | ☒ | ☐ | Drainage | Average |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | | ☒ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | | Alley | None | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes  ☒ No  FEMA Flood Zone  X500     FEMA Map #  060144/06037C/0700 F     FEMA Map Date  09/26/2008

Site Comments:     There are no apparent adverse easements, encroachment or other adverse conditions noted at the time of the inspection. Further there were no obvious environmental hazards present in the improvements, on the site, or in the vicinity of the subject.  For properties constructed before 1978 asbestos or lead paint could possibly be an issue.  However, no adverse environmental conditions were observed at the time of the inspection.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1  ☐ Acc.Unit | Foundation | Concrete/Avg | Slab | Concrete | Area Sq. Ft. | 0 | ☒ Type | Wall |
| # of Stories | 1 | Exterior Walls | Stucco | Crawl Space | Yes | % Finished | 0 | ☒ Fuel | Gas |
| Type ☒ Det. ☐ Att. ☐ | | Roof Surface | Composition Shingle | Basement | None Noted | Ceiling | | | |
| Design (Style) | Conventional | Gutters & Dwnspts. | Yes | Sump Pump | None | Walls | | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Const. | | Window Type | Various/Avg | Dampness | None | Floor | | ☐ Central | Wall |
| Actual Age (Yrs.)  1955 (58) | | Storm/Screens | Yes | Settlement | None Noted | Outside Entry | | ☐ Other | |
| Effective Age (Yrs.)  12 | | | | Infestation | None Noted | | | | |

| Interior Description | | Appliances | | Attic ☐ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|
| Floors | Various/Avg | Refrigerator | ☒P | Stairs | Fireplace(s) # 0 | Woodstove(s) # 0 | Garage # of cars ( 4 Tot.) | |
| Walls | Drywall/Paint/Wd/Avg | Range/Oven | ☒ | Drop Stair | Patio Patio | | Attach. 2 Cars | |
| Trim/Finish | Wd/Avg | Disposal | ☒ | Scuttle | Deck None | | Detach. ___ | |
| Bath Floor | Tile/Avg | Dishwasher | ☐ | Doorway | Porch Porch | | Blt.-In ___ | |
| Bath Wainscot | Tile/Avg | Fan/Hood | ☐ | Floor | Fence Block | | Carport ___ | |
| Doors | Wd/Avg | Microwave | ☐ | Heated | Pool | | Driveway 2 Cars | |
| | | Washer/Dryer | ☐ | Finished | | | Surface Concrete | |

Finished area above grade contains:     6  Rooms     3  Bedrooms     1  Bath(s)     1,048  Square Feet of Gross Living Area Above Grade

Additional features:     The energy efficient items are typical for the market area of the subject.

Describe the condition of the property (including physical, functional and external obsolescence):     The subject is a conventional style dwelling located on an interior residential street.  Per exterior inspection the subject is in generally average condition, quality and appeal.

**GP RESIDENTIAL**     Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE     3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

**File No.:** JB011413

| TRANSFER HISTORY | | |
|---|---|---|
| My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | | |
| Data Source(s):   NDC Data Source | | |
| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   The subject has not been listed or | |
| Date: | transferred in the last 36 months. | |
| Price: | 38527 Lilacview Ave is currently active waiting a backup offer. It is listed for $84,900 MLS#SR12141862;Dom:92. | |
| Source(s): NDC Datasource | 38563 Dunmore Ave was previously transferred on 04/24/12 for $66,000 Doc#603171/Listing#1203343;Dom:4. | |
| 2nd Prior Subject Sale/Transfer | 38537 Frontier Ave was previously transferred for $66,000 on 03/02/2012 Doc#335297. | |
| Date: | | |
| Price: | | |
| Source(s): | | |

## SALES COMPARISON APPROACH TO VALUE (if developed)    ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address  38744 Pond Ave  Palmdale, CA 93550 | | 38537 Frontier Ave  Palmdale, CA 93550 | | 38563 Dunmore Ave  Palmdale, CA 93550 | | 38727 Landon Ave  Palmdale, CA 93550 | |
| Proximity to Subject | | 0.40 miles SW | | 0.23 miles SE | | 0.31 miles E | |
| Sale Price | $ | | $ 110,000 | | $ 95,500 | | $ 90,000 |
| Sale Price/GLA | $        /sq.ft. | $ 118.28 /sq.ft. | | $ 69.20 /sq.ft. | | $ 84.59 /sq.ft. | |
| Data Source(s) | NDC/MLS | Doc#212079 | | Listing#1208103 | | Doc#1242829 | |
| Verification Source(s) | Inspection | Local Realtors | | Local Realtors | | Local Realtors | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | None | Cnvl/None Noted | | Cnvl/None Noted | | Cnvl/None Noted | |
| Concessions | None | Dom:Unk | | Dom:7 | | Dom:Unk | |
| Date of Sale/Time | Estate Planning | 02/11/2013 | | 09/18/12 | | 08/21/2012 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Suburban/Avg | Suburban/Avg | | Suburban/Avg | | Suburban/Avg | |
| Site | 7,248 Sq.Ft. | 6,538 Sq.Ft. | | 7,320 Sq.Ft. | | 7,024 Sq.Ft. | |
| View | Residential | Residential/Avg | | Residential/Avg | | Residential/Avg | |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 1955 (58) | 1954 (59) | | 1957 (56) | | 1956 (57) | |
| Condition | Average | Average+ | -25,000 | Average | | Average | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6   3   1 | 6   3   1 | | 7   3   2 | -4,000 | 7   3   2 | -4,000 |
| Gross Living Area | 1,048 sq.ft. | 930 sq.ft. | +7,000 | 1,380 sq.ft. | -20,000 | 1,064 sq.ft. | 0 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Wall/Window | Wall/Evap | | FWA/Evap | -1,000 | FWA/CAC | -2,000 |
| Energy Efficient Items | Typ for Area | Type for Area | | Typ for Area | | Typ for Area | |
| Garage/Carport | 2 Car Garage | 2 Car Garage/RV | | 2 Car Garage | | Converted | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Amenities | None | None | | None | | Guest House | -5,000 |
| | | | | | | | |
| APN | 3021-007-038 | 3021-028-025 | | 3021-020-010 | | 3021-012-026 | |
| Net Adjustment (Total) | | ☐ +  ☒ -  $ | -18,000 | ☐ +  ☒ -  $ | -25,000 | ☐ +  ☒ -  $ | -11,000 |
| Adjusted Sale Price | | Net     16.4 % | $ 92,000 | Net     26.2 % | $ 70,500 | Net     12.2 % | $ 79,000 |
| of Comparables | | Gross   29.1 % | | Gross   26.2 % | | Gross   12.2 % | |

Summary of Sales Comparison Approach    The comparables are all recent verified sales or active listings from the immediate market area and bracket the subject's marketable characteristics. The sales are  similar in style, overall condition, quality and utility.  The sales bracket the subject's GLA. site size and basic utility.  The adjusted sales range is $70,500-$92,000. The final estimate of value is determined to be $75,000

Appraisal Parameters and Methods: A six month market search was conducted within the subject's neighborhood and similar competing neighborhood(s) for comparable sales, pending sales and properties currently listed for sale.  May properties were reviewed.  To the best of the appraiser's knowledge, the Comparable presented and utilized in this report represent the most relevant data appropriate for the analysis and valuation of the subject property.  The comparable section and valuation analysis is governed by the principle of substitution: a buyer will not pay more for one property than for another that is equally desirable.  When determinable, adjustments for significant differences in improvements were derived by matched paired analysis or abstraction.  When matched pair analysis or abstraction were not possible or practical, bracketing and/or the appraiser's knowledge and experience in the market area are utilized in determining the appropriate adjustment for differences.  Comparable sales were confirmed closed per the information data sources cited in the "scope of the Appraisal."  In the case of discrepancies among data sources the appraisers placed more weight on the MLS data for descriptive information and NDC or Public Records for recording data.

**Indicated Value by Sales Comparison Approach $    75,000**

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.:  JB011413

## COST APPROACH

**COST APPROACH TO VALUE (if developed)**   ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

| | | |
|---|---|---|
| | OPINION OF SITE VALUE | =$ |
| Source of cost data: | DWELLING | Sq.Ft. @ $ ...... =$ |
| Quality rating from cost service:  Effective date of cost data: | | Sq.Ft. @ $ ...... =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ ...... =$ |
| | | Sq.Ft. @ $ ...... =$ |
| | | Sq.Ft. @ $ ...... =$ |
| | | ...... =$ |
| | Garage/Carport  Sq.Ft. @ $ | ...... =$ |
| | Total Estimate of Cost-New | =$ |

| Less | Physical | Functional | External |
|---|---|---|---|
| Depreciation | | | =$( ) |
| Depreciated Cost of Improvements | | | =$ |
| "As-is" Value of Site Improvements | | | =$ |
| | | | =$ |
| | | | =$ |

Estimated Remaining Economic Life (if required):         Years   **INDICATED VALUE BY COST APPROACH**   =$

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**   ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $          X Gross Rent Multiplier          = $          **Indicated Value by Income Approach**

Summary of Income Approach (including support for market rent and GRM):

N/A

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)**   ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 75,000     Cost Approach (if developed) $ NA     Income Approach (if developed) $ `NA

Final Reconciliation   The Sales Comparison approach was solely weighted in determining the final estimate of value, as it best represents typical buyer's and sellers. The Cost approach was not considered  due to the subject's age and location in a fully developed locale. The Income approach was not considered applicable because SFR's in the subject's area are typically purchases for owner use and not income generation.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed,  ☐ subject  to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:   $        75,000        , as of:        01/14/2013        , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.  See attached addenda.**

## ATTACHMENTS

A true and complete copy of this report contains    18   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work     ☒ Limiting Cond./Certifications     ☐ Narrative Addendum     ☒ Photograph Addenda     ☐ Sketch Addendum
☒ Map Addenda     ☒ Additional Sales     ☐ Cost Addendum     ☐ Flood Addendum     ☐ Manuf. House Addendum
☒ Hypothetical Conditions     ☒ Extraordinary Assumptions     ☒ Plat Map     ☒ Location Map     ☒ Declaration/Resume

Client Contact:                                                    Client Name:  Iqbal
E-Mail:                            Address:  On File

## SIGNATURES

**APPRAISER**

Appraiser Name:  Jennifer L. Bosco
Company:  SunWest Appraisals, Inc
Phone: (818) 613-1767        Fax:
E-Mail: jenbosco@hotmail.com
Date of Report (Signature):  January 14, 2013
License or Certification #:  AR037417        State:  CA
Designation:   Certified Residential Appraiser
Expiration Date of License or Certification:   06/07/2013
Inspection of Subject:  ☐ Interior & Exterior  ☒ Exterior Only  ☐ None
Date of Inspection:   01/14/2013

**SUPERVISORY APPRAISER (if required)**
**or CO-APPRAISER (if applicable)**

Supervisory or
Co-Appraiser Name:
Company:
Phone:                    Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:                    State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject:  ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**

Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

3/2007

# ADDITIONAL COMPARABLE SALES

File No.: JB011413

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address 38744 Pond Ave | | 38527 Lilacview Ave | | | | | |
| Palmdale, CA 93550 | | Palmdale, CA 93550 | | | | | |
| Proximity to Subject | | 0.35 miles SE | | | | | |
| Sale Price | $ | $ 84,900 | | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 91.88 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | NDC/MLS | MLS#SR12141862 | | | | | |
| Verification Source(s) | Inspection | Local Realtors | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | None | Cnvl/None Noted | | | | | |
| Concessions | None | Dom:92 | | | | | |
| Date of Sale/Time | Estate Planning | Active/Back-up | -10,000 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Suburban/Avg | Suburban/Avg | | | | | |
| Site | 7,248 Sq.Ft. | 6,987 Sq.Ft. | | | | | |
| View | Residential | Residential/Avg | | | | | |
| Design (Style) | Conventional | Conventional | | | | | |
| Quality of Construction | Average | Average | | | | | |
| Age | 1955 (58) | 1956 (57) | | | | | |
| Condition | Average | Average | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6  3  1 | 6  3  1 | | | | | |
| Gross Living Area | 1,048 sq.ft. | 924 sq.ft. | +7,000 | sq.ft. | | sq.ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | None | None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Wall/Window | FWA/CAC | -2,000 | | | | |
| Energy Efficient Items | Typ for Area | Typ for Area | | | | | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | | | | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | | | | |
| Amenities | None | None | | | | | |
| | | | | | | | |
| | | | | | | | |
| APN | 3021-007-038 | 3021-018-007 | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -5,000 | ☐ + ☐ - $ | | ☐ + ☐ - $ | |
| Adjusted Sale Price | | Net  5.9 % | | Net  % | | Net  % | |
| of Comparables | | Gross 22.4 % $ | 79,900 | Gross  % $ | | Gross  % $ | |
| Summary of Sales Comparison Approach    See page 2 | | | | | | | |

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Assumptions, Limiting Conditions & Scope of Work

File No.: JB011413

| Property Address: | 38744 Pond Ave | | City: Palmdale | State: CA | Zip Code: 93550 |
|---|---|---|---|---|---|
| Client: | Iqbal | Address: | On File | | |
| Appraiser: | Jennifer L. Bosco | Address: | On File | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

**The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.**

**Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):THE GLA AND CONDITION WAS DERIVED FROM THIRD PARTY SOURCES DEEMED RELIABLE.  IF DETERMINED NOT TO BE ACCURATE THE APPRAISER RESERVES THE RIGHT TO AMEND THE REPORT ACCORDINGLY.   The appraiser has not performed an valuation on the subject in the previous 36 months.**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                    3/2007

# Certifications

File No.: JB011413

| Property Address: 38744 Pond Ave | | City: Palmdale | State: CA | Zip Code: 93550 |
|---|---|---|---|---|
| Client: Iqbal | | Address: On File | | |
| Appraiser: Jennifer L. Bosco | | Address: On File | | |

**APPRAISER'S CERTIFICATION**

**I certify that, to the best of my knowledge and belief:**

— The statements of fact contained in this report are true and correct.

— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

— My engagement in this assignment was not contingent upon developing or reporting predetermined results.

— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: | | Client Name: Iqbal |
|---|---|---|
| E-Mail: | Address: On File | |

| **APPRAISER** | **SUPERVISORY APPRAISER (if required)** **or CO-APPRAISER (if applicable)** |
|---|---|
| Appraiser Name: Jennifer L. Bosco | Supervisory or Co-Appraiser Name: |
| Company: SunWest Appraisals, Inc | Company: |
| Phone: (818) 613-1767    Fax: | Phone:    Fax: |
| E-Mail: jenbosco@hotmail.com | E-Mail: |
| Date Report Signed: January 14, 2013 | Date Report Signed: |
| License or Certification #: AR037417    State: CA | License or Certification #:    State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 06/07/2013 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 01/14/2013 | Date of Inspection: |

SIGNATURES

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL    Form GPRES2AD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

**Supplemental Addendum**                                    File No. JB011413

| Client | Iqbal | | | | | | |
|--------|-------|--|--|--|--|--|--|
| Property Address | 38744 Pond Ave | | | | | | |
| City | Palmdale | | County | Los Angeles | State | CA | Zip Code | 93550 |
| Owner | SSS Estates LLC | | | | | | |

**Additional Information:**

PERSONAL PROPERTY: Personal property includes such items as furnishings, artwork, antiques, machinery, and equipment.  No personal property was included in the valuation of the subject.

FEMA FLOOD DATA: Readers/users of this appraisal must note that the FEMA flood hazard information noted herein (in regards tot he subject) can not be guaranteed by the appraisers.  The appraisers are not qualified experts in the determination of flood hazards and make no representations as to the FDMA flood zones or the necessity of flood insurance for the subject.  The reader/user is advised to obtain a separate independent Flood FDMA, unless otherwise noted or included herein as an exhibit.  Flood information noted in this appraisal was obtained from NDC services.

ZONING DATA: Zoning information was derived from NDC or other sources deemed reliable.  However, the accuracy of the data can not be guaranteed.

STRUCTURAL/MECHANICAL DEFECTS: Unless specifically noted, this appraisal is based on the special assumption that the subject does not have any structural or mechanical defects.  It is assumed that all mechanical equipment and appliances are in satisfactory working condition, unless otherwise noted, and that the electrical/plumbing systems are also adequate, unless otherwise noted.  The appraisers are not experts in these areas (not licensed or qualified home inspector) and have not tested the subject to ensure that all of the above is in working condition.  The pest control report (or termite report) and home inspection report if any, were not provided to the appraisers.  Lastly, this appraisal is based on the special assumption that the roof and foundation systems area adequate.  But again, the appraisers are not experts in these fields and have not tested the subject in these regards.

ADVERSE ENVIRONMENTAL CONDITIONS: There were no obvious environmental hazards present in the improvements, on the site or in the vicinity of the subject property that we noted as the time of the inspection.  The value of the property in this report is based on the assumption that the property is not negatively affected by the presence of hazardous substances or detrimental environmental conditions.  The appraisers are not experts in the identification of hazardous substances or detrimental environmental conditions.  It is possible that tests and inspections made by a qualified hazardous substances and environmental expert would reveal the existence of hazardous materials and environmental conditions on or around the subject property that would negatively affect its value.

COMPETENCY STATEMENT: The appraisers have analyzed/appraised the subject's property type before.  The appraisers possess the necessary knowledge and experience to complete this report in conformity with the competency provision of the USPAP.  The appraiser signing on the right, supervised the appraisal process, has made a through review of the work file including the finished report, has recommended changes where appropriate, and concurs with the analyses and value conclusions stated herein.  The appraisers accept full and complete responsibility for the appraisal report.

PURPOSE OF THE REPORT (SCOPE OF THE REPORT): The purpose of this report is to estimate the market value of the subject property.

FUNCTION (INTENDED USE) OF REPORT: The function of this report is for estate planning purposes.  This appraisal report is not intended for use in a mortgage finance transaction.  This report is not intended for any other use or uses and shall be invalid if used for any other function.  Furthermore, this report may only be used by the noted client, as indicated on the top of the appraisal form.  This report may not be given to and may not be utilized by a third party.  The appraisers and appraisal firm will have no obligation to reissue this report to any other party.

REAL PROPERTY INTERESTS DEFINED: A Fee Simple interest is defined as "Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat." [Dictionary of Real Estate Appraisal, 3rd Ed.]

DIGITAL SIGNATURES: This report may contain digitally-reproduced signatures, which are approved by FNMA, GNMA, FHA and HUD.  The A la mode appraisal software program allows an appraiser to attach a digitally-reproduced signature by entering a secret password known only to the signing appraiser.  Furthermore, after the report is digitally signed, it is locked and cannot be altered by anyone but the

**Supplemental Addendum**

File No. JB011413

| Client | Iqbal | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 38744 Pond Ave | | | | | |
| City | Palmdale | County | Los Angeles | State | CA | Zip Code  93550 |
| Owner | SSS Estates LLC | | | | | |

signing appraisers.  The appraisers accept full responsibility for the appraisal report.

DIGITAL PHOTOGRAPHS: This report may contain digitally-reproduced photographs, which are
approved by FNMA, GNMA, FHA, and HUD.  The photos have not been altered or enhanced in anyway
that would misrepresent the property or mislead the intended user of this report.  The appraisers accepts
full responsibility for the appraisal.

# Plat Map

| Client | Iqbal | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38744 Pond Ave | | | | | | |
| City | Palmdale | | County | Los Angeles | State | CA | Zip Code 93550 |
| Owner | SSS Estates LLC | | | | | | |



**Location Map**

| Client | Iqbal | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38744 Pond Ave | | | | | | |
| City | Palmdale | County | Los Angeles | State | CA | Zip Code | 93550 |
| Owner | SSS Estates LLC | | | | | | |



# Subject Photo Page

| Client | Iqbal | | | | |
|---|---|---|---|---|---|
| Property Address | 38744 Pond Ave | | | | |
| City | Palmdale | County  Los Angeles | | State  CA | Zip Code  93550 |
| Owner | SSS Estates LLC | | | | |



**Subject Front**

38744 Pond Ave
Sales Price
Gross Living Area       1,048
Total Rooms             6
Total Bedrooms          3
Total Bathrooms         1
Location                Suburban/Avg
View                    Residential
Site                    7,248 Sq.Ft.
Quality                 Average
Age                     1955 (58)

**Subject Street**



## Comparable Photo Page

| Client | Iqbal | | | | |
|---|---|---|---|---|---|
| Property Address | 38744 Pond Ave | | | | |
| City | Palmdale | County | Los Angeles | State CA | Zip Code 93550 |
| Owner | SSS Estates LLC | | | | |



### Comparable 1

38537 Frontier Ave

| | |
|---|---|
| Prox. to Subject | 0.40 miles SW |
| Sale Price | 110,000 |
| Gross Living Area | 930 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 6,538 Sq.Ft. |
| Quality | Average |
| Age | 1954 (59) |



### Comparable 2

38563 Dunmore Ave

| | |
|---|---|
| Prox. to Subject | 0.23 miles SE |
| Sale Price | 95,500 |
| Gross Living Area | 1,380 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 7,320 Sq.Ft. |
| Quality | Average |
| Age | 1957 (56) |



### Comparable 3

38727 Landon Ave

| | |
|---|---|
| Prox. to Subject | 0.31 miles E |
| Sale Price | 90,000 |
| Gross Living Area | 1,064 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 7,024 Sq.Ft. |
| Quality | Average |
| Age | 1956 (57) |

## Comparable Photo Page

| Client | Iqbal | | | | |
|---|---|---|---|---|---|
| Property Address | 38744 Pond Ave | | | | |
| City | Palmdale | County  Los Angeles | | State  CA | Zip Code  93550 |
| Owner | SSS Estates LLC | | | | |



### Comparable  4

| | |
|---|---|
| | 38527 Lilacview Ave |
| Prox. to Subject | 0.35 miles SE |
| Sale Price | 84,900 |
| Gross Living Area | 924 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | Suburban/Avg |
| View | Residential/Avg |
| Site | 6,987 Sq.Ft. |
| Quality | Average |
| Age | 1956 (57) |

### Comparable  5

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable  6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**114 N. Brand Blvd., Suite 200, Glendale, CA 91203**

A true and correct copy of the foregoing document entitled  ***DEBTOR'S MOTION TO VALUE REAL PROPERTY LOCATED AT 38744 POND AVENUE, PALMDALE, CA 93550, AND BIFURCATE THE FIRST MORTGAGE HELD BY SETERUS, INC.; POINTS AND AUTHORITIES; DECLARATIONS OF MOHAMMED SAQIB IQBAL AND JENNIFER BOSCO IN SUPPORT THEREOF*** (*specify*): will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **03/08/2013**,  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee - ustpregion16.wh.ecf@usdoj.gov
S Margaux Ross Representing United States Trustee- margaux.ross@usdoj.gov
Mark Domeyer for Courtesy NEF- mdomeyer@mileslegal.com
Casey J OConnell for Courtesy NEF and Representing HSBC Bank USA, N.A.- ecfcacb@piteduncan.com
Cassandra J Richey for Courtesy NEF and Representing The Bank of New York Mellon fka The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity L- cmartin@pprlaw.net
Edward T Weber  for Courtesy NEF- bknotice@rcolegal.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **03/08/2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Aaron M. Ahart
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)
_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/08/2013 | CYNTHIA MONTANEZ | /s/ Cynthia Montanez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

MOTION TO VALUE REAL PROPERTY AT 38744 POND AVE.
[6]

1

## ADDITIONAL SERVICE INFORMATION:

2

Seterus Inc.

3

C T CORPORATION SYSTEM
818 W SEVENTH ST

4

LOS ANGELES CA 90017
(Secretary of State-California)

5

*Via Certified Mail- Tracking Number: 70122920000148938831*

6

**Seterus, Inc.**

7

**Seterus, Inc. as servicer for Federal Na**
**PO Box 2206**

8

**Grand Rapids, MI 49501-2206**
**(Proof of Claim)**

9

*Via Certified Mail- Tracking Number: 70122920000148938848*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28