JAURIGUE LAW GROUP
MICHAEL J. JAURIGUE, Cal. Bar No. 208123
MASATAKA SCANLAN, Cal. Bar No. 254718
114 North Brand Blvd., Suite 200
Glendale, California 91203
Telephone: (818) 630-7280
Facsimile: (888) 879-1697
michael@jauriguelaw.com
mashi@jauriguelaw.com

Attorneys for Mohammed Saqib Iqbal,
Debtor and Debtor-in-Possession

FILED & ENTERED

MAY 06 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Remy    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE:

MOHAMMED SAQIB IQBAL

  Debtor and Debtor-in-Possession.

Case No.: 1:13-bk-10001 AA

Chapter 11

**ORDER ON DEBTOR'S MOTION TO VALUE REAL PROPERTY LOCATED AT 38744 POND AVENUE, PALMDALE, CA 93550 AND BIFURCATE THE FIRST MORTGAGE HELD BY SETERUS, INC.**

Hearing Date:

Date:   May 1, 2013
Time:   10:00 a.m.
Crtrm:  303
        21041 Burbank Blvd.
        Woodland Hills, CA 91367

On May 1, 2013, at 10:00 a.m. in Courtroom 303 of the United States Bankruptcy Court, Debtor's Motion to Value Real Property Located at 38744 Pond Avenue, Palmdale, California 93550 and Bifurcate the First Mortgage Held by Seterus, Inc. came on for a regularly scheduled hearing.

Upon consideration of the evidence and the written argument of counsel, the Court adopts its tentative ruling, a copy of which is attached hereto as Exhibit A and orders as follows:

1. The real property located at 38744 Pond Avenue, Palmdale, California 93550 (the "Subject Property") has a fair market value of $75,000.

2. The allowed claim of the first mortgagor, Seterus, Inc. ("Seterus"), encumbering the Subject Property is approximately $89,045.67.

3. The allowed claim of first mortgagor Seterus exceeds the fair market value of the Subject Property.

4. Debtor Mohammed S. Iqbal (the "Debtor") is hereby authorized to bifurcate the first mortgage currently held by Seterus into a secured claim of $75,000.00 and a general unsecured claim of $14,045.67 in his Chapter 11 Plan.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

5. Debtor is hereby authorized to strip the first mortgage lien on the Subject Property down to $75,000.00, the Subject Property's present fair market value, upon the successful completion of the Debtor's Chapter 11 Plan and discharge pursuant to 11 U.S.C. § 1441.

###

Date: May 6, 2013

Alan M. Ahart
United States Bankruptcy Judge

ORDER ON DEBTOR'S MOTION TO VALUE REAL PROPERTY LOCATED AT 38744 POND AVE, PALMDALE, CA 93550 AND BIFURCATE THE FIRST MORTGAGE HELD BY SETERUS, INC.

# EXHIBIT A

# United States Bankruptcy Court
# Central District of California
San Fernando Valley
Judge Alan Ahart, Presiding
Courtroom 303 Calendar

**Wednesday, May 01, 2013**　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hearing Room　　303

10:00 AM
**1:13-10001**　　Mohammed S Iqbal　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　#23.00　　Hrg re debtor's motion to value real property located at 38744 Pond Avenue, Palmdale, CA 93550, bifurcate the first mortgage held by Seterus Inc

　　　　　　　fr. 4/3/13

　　　　　　　　　　　　　　　　Docket No:　88

**Courtroom Deputy:**

- NONE LISTED -

**Tentative Ruling:**

Grant the motion, fixing the secured claim at $75,000.00 and the unsecured claim at $14,045.67.

No appearances are required.

Movant shall lodge a proposed order within 7 days.

If any party plans to appear, please promptly notify the court and all other parties.

| Party Information |
|---|

**Debtor(s):**

　　Mohammed S Iqbal　　　　　　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael J Jaurigue

**Movant(s):**

　　Mohammed S Iqbal　　　　　　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael J Jaurigue

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER ON DEBTOR'S MOTION TO VALUE REAL PROPERTY LOCATED AT 38744 POND AVENUE, PALMDALE, CA 93550 AND BIFURCATE THE FIRST MORTGAGE HELD BY SETERUS, INC.** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner stated below:

1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u> B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **05/03/2013**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

United States Trustee - ustpregion16.wh.ecf@usdoj.gov
S Margaux Ross Representing United States Trustee- margaux.ross@usdoj.gov
Lawrence R Boivin Representing The Bank of New York Mellon, as Trustee...- lboivin@mileslegal.com
Mark Domeyer for Courtesy NEF and Representing The Bank of New York Mellon, as Trustee... - mdomeyer@mileslegal.com
Casey J OConnell for Courtesy NEF , Representing HSBC Mortgage Corporation (USA), Representing Wells Fargo Bank, N.A., and Representing HSBC Bank USA, N.A.- ecfcacb@piteduncan.com
Cassandra J Richey for Courtesy NEF and Representing The Bank of New York Mellon fka The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity L- cmartin@pprlaw.net
Darlene C Vigil for Courtesy NEF- cdcaecf@bdfgroup.com
Edward T Weber for Courtesy NEF and Representing Seterus, Inc. as servicer for Federal National Mortgage Association - bknotice@rcolegal.com
Lemuel B Jaquez Representing The Bank of New York Mellon, as Trustee...- bjaquez@mileslegal.com
Marisol A Nagata Representing PHH Mortgage Corporation- cdcaecf@bdfgroup.com

☐ Service information continued on attached page

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

3. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

Bank of America, NA
Attn: Officer
100 North Tryon St
Charlotte, NC 28202
(FDIC)

☒ Service information continued on attached page

ORDER ON DEBTOR'S MOTION TO VALUE REAL PROPERTY LOCATED AT 38744 POND AVE, PALMDALE, CA
93550 AND BIFURCATE THE FIRST MORTGAGE HELD BY SETERUS, INC.

**ADDITIONAL SERVICE INFORMATION:**

Citi Com Lending Grp/A
Pro Consulting Services Inc.
PO BOX 66768
Houston, TX 77266

Discover Bank
Attn: Officer
502 E. Market Street
Greenwood, DE 19950
(FDIC)

**Discover Bank
DB Servicing Corporation
POB 3025
New Albany Ohio 43054
(Proof of Claim)**

Elizabeth Castillo
9265 Cayuga Ave.
Sun Valley, CA 91352

**Federal National Mortgage Association (Fannie Mae)
Seterus, Inc. as servicer for Federal
National Mortgage Association
PO Box 2206
Grand Rapids, MI 49501-2206
(Proof of Claim)**

**Federal National Mortgage Association
P.O. Box 2206
Grand Rapids, MI 49501-2006
(Proof of Claim)**

**FIA CARD SERVICES, N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410
(Proof of Claim)**

HSBC Bank USA, NA
Attn: Officer
1800 Tysons Blvd
Mc Lean, VA 22102
(FDIC)

**HSBC Bank USA, N.A.
PO Box 21188
Eagan, MN 55121
(Proof of Claim)**

ORDER ON DEBTOR'S MOTION TO VALUE REAL PROPERTY LOCATED AT 38744 POND AVE, PALMDALE, CA 93550 AND BIFURCATE THE FIRST MORTGAGE HELD BY SETERUS, INC.

| | |
|---|---|
| 1 | **HSBC Mortgage Corporation** |
| | **636 Grand Regency Blvd.** |
| 2 | **Brandon, FL 33510** |
| | **(Proof of Claim)** |
| 3 | |
| | Mortgage Service Cente |
| 4 | 2001 Bishops Gate Blvd |
| | Mount Laurel, NJ 08054 |
| 5 | |
| | **PHH Mortgage Corp.** |
| 6 | **2001 Bishops Gate Blvd.** |
| | **Mt. Laurel, NJ 08054** |
| 7 | **(Proof of Claim)** |
| 8 | PHH Mortgage Corp. |
| | CORPORATION SERVICE COMPANY |
| 9 | WHICH WILL DO BUSINESS IN |
| | CALIFORNIA AS CSC - LAWYERS |
| 10 | INCORPORATING SERVICE |
| | 2710 GATEWAY OAKS DR STE 150N |
| 11 | SACRAMENTO CA 95833 |
| | (Secretary of State-California) |
| 12 | |
| | Robert Lopez |
| 13 | 1344 Western Ave. |
| | Glendale, CA 91201 |
| 14 | |
| 15 | Seterus Inc. |
| | C T CORPORATION SYSTEM |
| 16 | 818 W SEVENTH ST |
| | LOS ANGELES CA 90017 |
| 17 | (Secretary of State-California) |
| 18 | **Seterus, Inc.** |
| | **Seterus, Inc. as servicer for Federal Na** |
| 19 | **PO Box 2206** |
| | **Grand Rapids, MI 49501-2206** |
| 20 | **(Proof of Claim)** |
| 21 | |
| | **The Bank of New York Mellon, as Trustee...** |
| 22 | **Miles, Bauer, Bergstrom & Winters, LLP** |
| | **1231 East Dyer Road Suite 100** |
| 23 | **Santa Ana, CA 92705** |
| | **(Proof of Claim)** |
| 24 | |
| 25 | **The Bank of New York Mellon, et al** |
| | **c/o Prober & Raphael** |
| 26 | **Attornys For Secured Creditor** |
| | **P.O. Box 4365** |
| 27 | **Woodland Hills, CA 91365-4365** |
| | **(Proof of Claim)** |
| 28 | |

ORDER ON DEBTOR'S MOTION TO VALUE REAL PROPERTY LOCATED AT 38744 POND AVE, PALMDALE, CA 93550 AND BIFURCATE THE FIRST MORTGAGE HELD BY SETERUS, INC.

1  The Bank of New York Mellon
Attn: Officer
2  One Wall Street
New York, NY 10286
3  (FDIC)

4  **Wells Fargo Bank, NA**
**ATTN: Bankruptcy Department**
5  **MAC D3347-014**
**3476 Stateview Blvd**
6  **Fort Mill, SC 29715**
**(Proof of Claim)**

7

Wells Fargo Bank, NA
8  Attn: Officer
101 N. Phillips Avenue
9  Sioux Falls, SD 57104
(FDIC)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON DEBTOR'S MOTION TO VALUE REAL PROPERTY LOCATED AT 38744 POND AVE, PALMDALE, CA
93550 AND BIFURCATE THE FIRST MORTGAGE HELD BY SETERUS, INC.